## Synopsis

| | |
|---|---|
| **Name:** | Jason W. Langely |
| **Address:** (City & State Only) | Penobscot, Maine |
| **Year of Birth and Age:** | 1984 (39 years old) |
| **Violations:** | Count 1: Simple Assault, in violation of 18 U.S.C. § 113(a)(5) (Class B misdemeanor)<br><br>Count 2: Disorderly Conduct, in violation of 36 C.F.R. § 2.34(a)(1) (Class B misdemeanor) |
| **Penalties:** | Counts 1-2: Up to 6 months incarceration, and a fine up to $5,000, or both, and up to five years of probation. *See* 18 U.S.C. §§ 113(a)(5), 1865(a), 3559(a)(7), 3561(c)(2), 3571(b)(6); 36 CFR § 1.3(a). |
| **Supervised Release:** | Counts 1-2: Not eligible. *See* 18 U.S.C. §§ 19, 3559(a)(7), 3583(a), (b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1-2: Not eligible for supervised release. |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1-2: Not eligible for supervised release. |
| **Defendant's Attorney:** | None |
| **Primary Investigative Agency and Case Agent Name:** | NPS: Ranger Michael Ausema (ANP) |
| **Detention Status:** | Warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Hancock |

| AUSA: | Alisa Ross |
|---|---|
| **Guidelines apply?** | No |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| Assessments: | $10 assessment per conviction, 18 U.S.C. § 3013(a)(1)(A)(ii) |