# UNITED STATES DISTRICT COURT

for the

District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JASON W. LANGLEY | ) | Case No. 1:24-mj-00331-JCN |
| _____ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JASON W. LANGLEY ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 113(a)(5)
Title 36, Code of Federal Regulations, Section 2.34(a)(1)

Date and time issued:     2:10 pm, Oct 28 2024

_____
*Judge's signature*

City and state:     Bangor , ME

John C Nivison   U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*