# UNITED STATES DISTRICT COURT

for the

District of Maine

2025 MAR 26 A 11: 46

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JASON W. LANGLEY | ) | Case No.   1:24-mj-00331-JCN |
| _____ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JASON W. LANGLEY                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment     ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ✔ Complaint

❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 113(a)(5)
Title 36, Code of Federal Regulations, Section 2.34(a)(1)

Date and time issued:      **2:10 pm, Oct 28 2024**

_____
*Judge's signature*

City and state:      Bangor , ME

John C Nivison  U.S. Magistrate Judge
*Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* __10/28/24__ , and the person was arrested on *(date)* __3/25/25__ at *(city and state)* ___Penobscot, ME___ . | |

Date:  __3/26/25__

_____
*Arresting officer's signature*

Michael Auserno  Supervisory Ranger
*Printed name and title*