UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:24-mj-331-JCN |
| ) | |
| JASON LANGLEY ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO APPEAR BY VIDEO FOR HEARING ON MOTION TO WITHDRAW**

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Court for permission to appear remotely by video for the Motion to Withdraw hearing on July 15, 2025, and states as follows:

Defendant suffers from autism. Defendant's autism makes appearing in court particularly difficult given impacts on verbal communication, regulation of stress responses, and sensory processing. Defendant requests permission to appear by video pursuant to the Americans with Disability Act as a reasonable accommodation as well as pursuant to Federal Rule of Civil Procedure 43(b)(2). These are misdemeanor petty offenses and Defendant's presence is not required for hearings.

A video hearing in this case would allow Defendant to avoid sensory inputs and stress response issues from an in-person appearance and also would make it easier for the Court to provide a written real-time transcript of the proceedings. Defendant can process information more easily in written form than verbally in light of his autism.

The attorney for the Government indicates she has no objections to this motion.

WHEREFORE Defendant respectfully requests that permission to appear remotely by video with real time transcription for the July 15, 2025 hearing.

Dated at Bangor, Maine this 14th day of July, 2025.

/s/Charles W. Hodsdon II
Charles W. Hodsdon II, Esquire BAR#2832
Attorney for Defendant
PO BOX 1006
Bangor, ME 04402-1006
207-945-3355
answers@hodsdonlaw.com